SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

** E-filed May 23, 2011 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>BANISTER ELECTRICAL, INC., A California Corporation,<br><br>Defendant. | CASE NO.:CV11-0899 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:  May 24, 2011<br>Time:  2:00 P.M.<br>Place: Courtroom 2, 5th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until July 26, 2011. Settlement negotiations are in progress and Plaintiffs expect the case to settle. Therefore, Plaintiffs request that the case be

Law Office of Sue Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112

1

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. CV11-0899 HRL

1  continued 60 days until July 26, 2011, for another Case Management Conference.

2

3                                              Respectfully submitted,

4  Dated: May 17, 2011                         /S/_____
                                               SUE CAMPBELL
5                                              Attorney for Plaintiff

6

7                                    **ORDER**

8      The Case Management Conference is hereby continued to July 26, 2011, at 1:30 P.M.,

9  in Courtroom 2, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior

10 to the Case Management Conference.

11

12

13 Dated: May 23, 2011                         _____
                                               JUDGE OF THE U.S. DISTRICT COURT
14                                             HOWARD R. LLOYD
                                               United States Magistrate Judge
15

**Law Office of Sue Campbell**
**1155 N. First St, Ste. 218**
**San Jose, CA 95112**

                                               2
CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. CV11-0899 HRL