**\*\* E-filed July 22, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIKE GELLER and MIKE YARBROUGH as Trustees of the International Brotherhood of Electrical Workers Local 302 Health and Welfare and Pension Trust Funds,<br><br>Plaintiffs,<br><br>v.<br><br>BANISTER ELECTRICAL, INC..,<br><br>Defendant. | No. C11-00899 HRL<br><br>**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT**<br><br>[Re: Docket No. 8] |

Plaintiff advises the Court that the parties have reached a settlement in the above-entitled action. Docket No. 8. The July 26, 2011 case management conference is VACATED.

On or before **September 20, 2011**, the parties shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **September 27, 2011 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: July 22, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-00899 HRL Notice will be electronically mailed to:**

Sue Campbell          suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2